

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00040-CV

Enrique **CANTU** and Bridgefield Casualty Insurance Company,
Appellants

v.

Javier A. **LIBSON**, Nosbil, Inc., Jose Luis Ramirez, Utica National Insurance Group, Utica National Insurance Company of Texas, Utica Mutual Insurance Company, and Republic Franklin Insurance Company,
Appellees

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 22-03-40915-MCVAJA
Honorable Amado J. Abascal III, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE VALENZUELA, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED as to appellant Enrique Cantu's negligence per se, negligent hiring, training, and retention, and negligent entrustment claims. The judgment is REVERSED in all other respects, and we REMAND this matter for further proceedings consistent with this opinion. We order appellees to pay the costs of this appeal.

SIGNED November 26, 2025.

Lori I. Valenzuela, Justice